JS-6

Bryan M. Geoulla (SBN:345412)
**SEVEN LAW GROUP, APC**
10940 Wilshire Blvd. Suite 1400
Los Angeles, California 90024
Telephone:   (310) 525-2244
Facsimile:    (310) 525-2234
bryan@sevenlaw.com
Attorneys for *Plaintiff*,
EUGENIO MATA

KAITLIN E. PRESTON (SBN 315631)
**WILSON TURNER KOSMO**
402 West Broadway, Suite 1600
San Diego, CA 92101
Tel: (949) 475-1500 | Fax: (949) 475-0016
kpreston@wilsonturnerkosmo.com
warrantyeservice@wilsonturnerkosmo.com
Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO MATA,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., et al.<br><br>Defendants. | CASE NO. **5:25-cv-00732-KK-SHK**<br><br>**STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON** |

**ORDER**

On May 6, 2025 the Parties to the above referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that Stipulation and good cause appearing, orders as follows:

1. The Parties' Stipulation is approved;
2. Central District of California Case Number 5:25-cv-00732-KK-SHK styled EUGENIO MATA v. NISSAN NORTH AMERICA, INC., et al. is hereby remanded to Riverside County Superior Court.

IT IS SO ORDERED

Dated: May 7, 2025

JUDGE KENLY KIYA KATO